# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

GEORGE A. DEMPSEY, )
)
    Plaintiff, )
)
v. ) Case No. CV407-091
)
SPENCER LAWTON, et al., )
)
    Defendants. )

## REPORT AND RECOMMENDATION

In an order dated July 9, 2007, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by July 20, 2007 would result in a recommendation that this case be dismissed. Plaintiff has returned both of these forms, docs. 4, 5, but the Prisoner Trust Fund Account

Statement form is blank.[1] Because plaintiff failed to comply with the conditions of the Order, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 6th day of **September, 2007.**

                                          */s/ G.R. Smith*
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **SOUTHERN DISTRICT OF GEORGIA**

---

[1] Plaintiff, an inmate at the Chatham County Jail, attached a note to the blank form stating that he requested that an authorized officer complete the form. Doc. 5. As numerous inmates at this institution applying to proceed *in forma pauperis* properly complete and return their forms, the Court will not accept this excuse.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. DEMPSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-091 |
| SPENCER LAWTON, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| GEORGE A. DEMPSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV407-091 |
| | ) |
| SPENCER LAWTON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _____ day of _____, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA